## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LONGVIEW CORPORATION, )<br>)<br>Plaintiff-in-Interpleader and )<br>Stakeholder, )<br>)<br>v. )<br>)<br>TULLIO PONZI, TAMARA BAKER, and )<br>ARTHUR KELLENBACK )<br>)<br>Defendants-in-Interpleader and )<br>Claimants. )<br>) | Civil Action No. 04-11738-NG |

## LONGVIEW CORPORATION'S MOTION
## FOR DISCHARGE FROM ACTION

Pursuant to 28 U.S.C. § 1335, Plaintiff-in-Interpleader and Stakeholder Longview Corporation ("Longview") respectfully moves this Court to:

1) accept deposit into the registry of the Court a stock certificate in which Longview claims no interest other than that of issuer;

2) discharge or otherwise dismiss Longview from this action;

3) discharge Longview from all liability in the matter of the ownership of the stock;

4) restrain Claimants from instituting or pursuing any action against Longview for the recovery of the stock at issue; and

5) award Longview its costs and attorneys' fees.

Longview contemporaneously submits a Memorandum of law in support of this motion and a Proposed Order.

LONGVIEW CORPORATION

By its attorney,

_____
Wayne F. Dennison, BBO No. 558879
BROWN RUDNICK BERLACK ISREALS LLP
One Financial Center
Boston, MA 02111
Tel. (617) 856-8247
Fax. (617) 856-8201

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that prior to filing this motion, I called (but did not reach) opposing counsel in an effort to narrow or limit the issues to be decided by this Court. I hereby further certify that I will again attempt to narrow or limit the issues to be decided by this Court prior to the time that any opposition to this motion is due.

_____
Wayne F. Dennison