# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONGVIEW CORPORATION,　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |
| 　　Plaintiff-in-Interpleader and　　) | |
| 　　Stakeholder,　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |
| v.　　　　　　　　　　　　　　　　　) | Civil Action No. 04-11738-NG |
| 　　　　　　　　　　　　　　　　　　) | |
| TULLIO PONZI, TAMARA BAKER, and　) | |
| ARTHUR KELLENBACK　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |
| 　　Defendants-in-Interpleader and　) | |
| 　　Claimants.　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |

## PROPOSED ORDER ON LONGVIEW CORPORATION'S
## MOTION FOR DISCHARGE FROM ACTION

After considering plaintiff Longview Corporation's Motion for Discharge from Action,

this Court hereby ORDERS:

1)　　　that Longview deposit into the registry of the Court the Certificate of Stock it issued to Anna Nuissl;

2)　　　that Longview is dismissed from this action;

3)　　　that Longview is discharged from all liability in the matter of the ownership of Anna Nuissl's stock;

4)　　　that Claimants may not institute or pursue any action against Longview for the recovery of Anna Nuissl's stock; and

5)　　　that Longview shall recover its reasonable costs and attorneys' fees upon submission of those costs and fees for review by Claimants and this Court.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Nancy Gertner, District Judge

Dated: