UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONGVIEW CORPORATION,<br><br>　　Plaintiff-in-Interpleader and<br>　　Stakeholder,<br>v.<br><br>TULLIO PONZI, TAMARA BAKER, and<br>ARTHUR KELLENBACK<br><br>　　Defendants-in-Interpleader and<br>　　Claimants. | Civil Action No. 04-11738-NG |

## AFFIDAVIT OF SERVICE

In accordance with Fed. R. Civ. P. 4(e) and Mass. G.L. c. 223A, §6, the undersigned states under oath that service of the Complaint and Summons in this matter was made upon Tamara Baker by mailing a copy of the Summons and Complaint on August 13, 2004 to her, via certified mail, return receipt requested, and First Amended Complaint in Interpleader on March 31, 2005 addressed to Tamara Baker, 22572 Ledana Street, Mission Viejo, CA 92691.

A copy of the original Summons and the evidence of receipt is attached hereto as <u>Exhibit A</u>.

Signed under the pains and penalties of perjury this 13th day of June 2005.

                            **LONGVIEW CORPORATION**

                            By its attorney,

                            _/s/ Carla A. Salvucci_
                            Carla A. Salvucci, BBO No. 657465
                            **BROWN RUDNICK BERLACK ISREALS LLP**
                            One Financial Center
                            Boston, MA 02111
                            Tel. (617) 856-8247
                            Fax. (617) 856-8201

Dated: June 13, 2005

#1368163 v\2 - denniswf - tb_j01!.doc - 23924/1

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party, by mail/by hand.

Date: 6/13/05   _/s/ Carla A. Salvucci_

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

LONGVIEW CORPORATION,
  Plaintiff-in-Interpleader
  and Stakeholder,
V.

TULLIO PONZI, TAMARA BAKER,
ARTHUR KELLENBACK and ALAN
LeBOVIDGE, as Commissioner of
Revenue, COMMONWEALTH OF
MASSACHUSETTS DEPARTMENT OF
REVENUE SERVICES,
  Defendants-in-Interpleader
  and Claimants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04 - 11738 NG

TO: (Name and address of Defendant)

Tamara Baker
22572 Ledana Street
Mission Viejo, CA  92691

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Wayne F. Dennison, Brown Rudnick Berlack Israels LLP, One Financial Center, Boston, MA  02111

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  8-9-04

