UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11738-NG

LONGVIEW CORPORATION,

   Plaintiff-in-Interpleader,

v.

TULLIO PONZI, TAMARA BAKER, and
ARTHUR KELLENBACK,

   Defendants-in-Interpleader.

### MOTION OF THE DEFENDANT TULLIO E. PONZI
### FOR JUDGMENT

Now comes the defendant-in-interpleader, Tullio E. Ponzi, and moves that the Court enter judgment in his favor declaring that he is the owner of the stock certificate representing sixty-nine (69) shares in the plaintiff Longview Corporation which are the subject of this action in interpleader, and that he is entitled to occupy Unit 502-B at the premises owned by the plaintiff at 983 Memorial Drive in Cambridge, Massachusetts, all for the reasons set forth in the accompanying memorandum and affidavit.

By his attorney,

_____
Joel Z. Eigerman
BBO #152000
50 Congress Street, Suite 200
Boston, MA 02109
(617) 367-0014

July 18, 2005

Certificate of Service

I, Joel Z. Eigerman, certify that I have made service of the above motion by mailing a copy thereof, postage prepaid, to counsel for the plaintiff, all on this ~~thirteenth~~ eighteenth day of July, 2005.

_____
Joel Z. Eigerman

2