UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civ. A. No. 1:04-cv-1738-NG

LONG VIEW CORPORATION,

Plaintiff-in-Interpleader and Stakeholder,

v.

TULLIO E. PONZI, TAMARA BAKER,
and ARTHUR KELLENBACK

Defendants-in-Interpleader and Claimants.

### AFFIDAVIT OF JOEL Z. EIGERMAN

Now comes the affiant, Joel Z. Eigerman, and makes oath as follows:

1. I am a member of the bar of the Supreme Judicial Court of Massachusetts and of this Court. I maintain an office for the practice of law in Boston, Massachusetts. I am counsel of record to the defendant Tullio W. Ponzi in the above-captioned action.

2. In my capacity as counsel, I have communicated with Swiss counsel and have received the originals of the documents of which true copies are attached hereto:

Exhibit A: Statement and Opinion of Jean-Pierre Gross, Avocat, dated October 29, 2004.

Exhibit B: Letter "To Whom it May Concern" of M. Gross dated April 15, 2004, including fourteen (14) exhibits.

Exhibit C: Letter of M. Gross dated May 16, 2002 "Re Estate of the late Anna Nuissl" together with Swiss court judgment and certified translation thereof.

Exhibit D: Disclaimer affidavit of Tamara Baker (submitted in Superior Court case).

1

2

      Exhibit E:    Disclaimer affidavit of Arthur Kellenbach (submitted in Superior Court case).

      Exhibit F:    Memorandum of Decision of Graham, J., in Middlesex Superior Court action number 2003-0563-A.

      Signed under the pains and penalties of perjury this eighteenth day of July, 2005.

_____
Joel Z. Eigerman