# Exhibit A



JEAN-PIERRE GROSS
DOCTEUR EN DROIT
LL.M. (U.C. BERKELEY)
ANCIEN BÂTONNIER

JACQUES-HENRI BRON
LICENCIÉ EN DROIT

PIERRE MATHYER
LICENCIÉ EN DROIT

DOMINIQUE BRANDT
DOCTEUR EN DROIT

FRANÇOIS LOGOZ
DOCTEUR EN DROIT

ALEXANDRE GUYAZ
DOCTEUR EN DROIT

SANDRA GENIER
LICENCIÉE EN DROIT

AVOCAT-STAGIAIRE
MARC BRUCHEZ
LICENCIÉ EN DROIT
LL.M. (CARLOS III MADRID)

RÉGINA ANDRADE
LICENCIÉE EN DROIT

20, avenue des Mousquines
Case postale 805
CH-1001 Lausanne

TÉL +41 21 320 22 65
FAX +41 21 320 22 78
info@gross-law.ch

CCP 10-5119-6
TVA n° 291 983
www.gross-law.ch

A

Joel Z. Eigerman, Esq.
Attorney at Law
50 Congress Street, Suite 200
Boston, MA 02109
U.S.A.

Lausanne, October 29, 2004

**Also by fax n° 001 617 523 56 12**

**Re: Estate of the late Anna Nuissl**

Dear Mr. Eigerman:

Enclosed, please find my statement and legal opinion of today's date in the captioned matter.

Should you need further assistance, please do not hesitate to contact me.

Yours sincerely,

Jean-Pierre Gross



JEAN-PIERRE GROSS
DOCTEUR EN DROIT
LL.M. (U.C. BERKELEY)
ANCIEN BÂTONNIER

JACQUES-HENRI BRON
LICENCIÉ EN DROIT

PIERRE MATHYER
LICENCIÉ EN DROIT

DOMINIQUE BRANDT
DOCTEUR EN DROIT

FRANÇOIS LOGOZ
DOCTEUR EN DROIT

ALEXANDRE GUYAZ
DOCTEUR EN DROIT

SANDRA GENIER
LICENCIÉE EN DROIT


AVOCAT-STAGIAIRE
MARC BRUCHEZ
LICENCIÉ EN DROIT
LL.M. (CARLOS III MADRID)

RÉGINA ANDRADE
LICENCIÉE EN DROIT

20, avenue des Mousquines
Case postale 805
CH - 1001 Lausanne

TÉL +41 21 320 22 65
FAX +41 21 320 22 78
info@gross-law.ch

CCP 10-5119-6
TVA n° 291 983
www.gross-law.ch

Lausanne, October 29, 2004

### TO WHOM IT MAY CONCERN

**Re: Estate of the late Anna Nuissl**

In my capacity as past president of the Bar of the Canton of Vaud, Switzerland, as past president of the Swiss Federation of Advocates, as past president of the Federation of the European Bars but more specifically in my capacity as registered member of the Bar of the Canton of Vaud, Switzerland, and as such admitted to practice before all the Courts of Law of Switzerland, I, the undersigned issue the following statement and legal opinion.

1.   When issuing the certificate of inheritance, the Office of the Peace of the Circle of Nyon does not list all the assets of the Estate of which title has passed to the heir.

2.   There is one exception only to that rule, i.e., for real estates located in Switzerland.

3.   I have known Mr. Tullio E. Ponzi since 1999 and I have no reason whatsoever to question the fact that he is the son of the late Anna NUISSL, which is confirmed by all the documents I have scrutinized (last Will, correspondence, certificate of inheritance, etc.) as well as by the repudiations of their rights in the Estate of the late Anna NUISSL filed by Tamara Baker and Arthur Kellenbach with the probate Court.

4.   Such repudiations are final, irrevocable, effective and efficient.

5.   On April 2, 1987, Anna NUISSL executed before the Consul of the United States of America at Geneva, Switzerland, a document addressed to Mr. C. Hare, president of the Long View Corporation, 983-985 Memorial Drive, Cambridge, MA, reading as follows :

> **For value received, I Anna Nuissl hereby sell and transfer to Tullio E. PONZI my ownership of 69 shares (sixty-nine shares) of the capital stock of Longview Corporation represented by certificate No. 178 duly endorsed.**

The transfer of those shares in 1987 is the very reason why the same shares are not listed as assets of the estate of the late Anna NUISSL.

If the transfer of the shares in 1987 was in fact not effective under applicable local law, under Swiss law the shares passed to Mr. Ponzi as sole heir, along with all of the other assets of the estate, at the moment of his mother's death.

Yours sincerely,

*[signature]*
Jean-Pierre Gross