# Exhibit B



GROSS & ASSOCIÉS
AVOCATS

JEAN-PIERRE GROSS
DOCTEUR EN DROIT
LL.M (U.C. BERKELEY)
ANCIEN BÂTONNIER

JACQUES-HENRI BRON
LICENCIÉ EN DROIT

PIERRE MATHYER
LICENCIÉ EN DROIT

DOMINIQUE BRANDT
DOCTEUR EN DROIT

FRANÇOIS LOGOZ
DOCTEUR EN DROIT

ALEXANDRE GUYAZ
DOCTEUR EN DROIT

DANIEL GUIGNARD
DOCTEUR EN DROIT
LL.M. (CAMBRIDGE)

SANDRA GENIER
LICENCIÉE EN DROIT

AVOCAT-STAGIAIRE

MARC BRUCHEZ
LICENCIÉ EN DROIT
LL.M. (CARLOS III MADRID)

20, avenue des Mousquines
Case postale 31
CH – 1000 Lausanne 5

TÉL +41 21 320 22 65
FAX +41 21 320 22 78
info@gross-law.ch

CCP 10-5119-6
TVA n° 291 983
www.gross-law.ch

Lausanne, April 15, 2004

## TO WHOM IT MAY CONCERN

**Re: Estate of the late Anna Nuissl**

In his capacity as past president of the Bar of the Canton of Vaud, Switzerland, as past president of the Swiss Federation of Advocates, as current president of the Federation of the European Bars but more specifically in his capacity as registered member of the Bar of the Canton of Vaud, Switzerland, and as such admitted to practice before all the Courts of Law of Switzerland, the undersigned issues the following statement and legal opinion.

1. Anna Margaretha Elisabeth NUISSL, a Dutch citizen born on November 22, 1906 in Amsterdam, Netherlands, has been a permanent resident of the Canton of Vaud, Switzerland from September 15, 1978 until her death on September 7, 1999.

When the late Anna NUISSL passed away on September 7, 1999 in the hospital located in Gilly, Canton of Vaud, Switzerland, she was domiciled at 11, Avenue Perdtemps, in Nyon, Canton of Vaud, Switzerland and had been domiciled there since April 1st, 1988 (Exhibits 1, 2 and 3).

2. Pursuant to the organization of the judicial branch of the Canton of Vaud, Mrs. NUISSL's estate was probated by the Justice of the Peace of the Circle of Nyon, Canton of Vaud, Switzerland.

3. On December 15, 1999, the Office of the Peace of the circle of Nyon served Mr. Tullio Ponzi with the last Will and Testament as well as the Codicil of the late Anna NUISSL (Exhibits 4, 5 and 6).

As per the Codicil dated July 6, 1999 (Exhibit 6), Anna NUISSL revoked all prior Wills and Testaments, especially that of November 6, 1997.

As a consequence, she passed away intestate.

4.  As per Article 86 of the Swiss Statute on Private International Law, Swiss law governs the estate of a deceased domiciled in Switzerland at the time of death.

5.  Anna NUISSL was married twice. She had two sons out of her first marriage, i.e., Siegfried KELLENBACH and Arthur KELLENBACH, and one son out of her second marriage, i.e., Tullio PONZI (Exhibits 5, 7, 8 and 10).

Her first son Siegfried predeceased her on August 22, 1987. He had one only daughter, Tamara BAKER, née Kellenbach.

As a consequence, Anna NUISSL left the following three legal heirs :

- her grand-daughter Tamara BAKER, née Kellenbach,
- her son Arthur KELLENBACH and
- her son Tullio E. PONZI.

6.  On November 8, respectively November 11, 1999, Tamara BAKER, née Kellenbach and Arthur KELLENBACH disclaimed the inheritance accrued to them or, to quote the latter's wording, repudiated their positions and renounced their inheritance rights in respect of the late Anna NUISSL's estate (Exhibits 8, 9, 11 and 12).

Under Swiss law, the disclaimer or repudiation of one's rights in an estate is final and irrevocable. That is why the declaration of disclaimer must be unconditional and without reservation (Art. 570 CC).

7.  Article 572 paragraph 1 of the Swiss Civil Code reads as follows :

### Article 572 § 1

**Where the deceased has died intestate and one of the heirs disclaims, the latter's share devolves as if he had not survived the deceased.**

As a consequence of Tamara BAKER's and Arthur KELLENBACH's disclaimers, pursuant to such Article 572 and as shown on the Certificate of inheritance issued on December 17, 1999, Tullio PONZI was declared to be the sole and only heir of his late mother Anna NUISSL (Exhibit 13).

8.  The following Articles of the Swiss Civil Code read as follows :

### Article 537 § 1

[1] The succession opens with the death of the deceased.

### Article 560

[1] The inheritance is vested as a whole in the heir or heirs by operation of law at the death of the deceased.

[2] Subject to certain statutory exceptions, all rights that belonged to the deceased including debts due to him, choses in action, ownership, rights of possession and other real rights pass *ipso jure* to the heirs, and the latter become personally liable for the debts of the deceased.

[3] The vesting of the inheritance in the instituted heir dates back to the time of the opening of the succession, and the statutory heirs are bound to deliver up the estate to them according to the rules on possession

9.- As a consequence and pursuant to the above Articles, title in the estate of a deceased passes to the heirs at the very moment of the death of the *de cujus*. There is no need for an executor unless so provided in the Will of the deceased. Even in such a case, title passes to the heirs at the very moment of the death of the *de cujus*.

10.- On April 2, 1987, Anna NUISSL executed before the Consul of the United States of America at Geneva, Switzerland, a document addressed to Mr. C. Hare, president of the Long View Corporation, 983-985 Memorial Drive, Cambridge, MA, reading as follows (Exhibit 14):

> **For value received, I Anna Nuissl hereby sell and transfer to Tullio E. PONZI my ownership of 69 shares (sixty-nine shares) of the capital stock of Longview Corporation represented by certificate No. 178 duly endorsed.**

The transfer of those shares in 1987 is the very reason why the same shares are not listed as assets of the estate of the late Anna NUISSL.

Had that transfer not been valid or effective under US law, the same shares would have been part of the estate and as for all the other assets of the estate, title would have passed to Tullio Ponzi in his capacity as sole heir at the very moment of the death of Anna NUISSL.

Yours sincerely,



Jean-Pierre Gross

### List of Exhibits

1. Certificate of residence of Anna NUISSL
2. Residence permit (equivalent to the US Green Card) of Anna NUISSL
3. Death certificate of Anna NUISSL
4. Letter dated December 15, 1999 from the Office of the Peace of the Circle of Nyon to Tullio Ponzi
5. Will of Anna NUISSL dated November 6, 1997
6. Codicil of Anna NUISSL dated July 6, 1999
7. Death certificate of Siegfried KELLENBACH
8. Letter from Tamara BAKER to Jean-Pierre GROSS dated November 8, 1999
9. Letter of Arthur KELLENBACH dated 11th November, 1999 to the Justice of the Peace of Nyon
10. Extract of the minutes of the Office of the Peace of the circle of Nyon dated November 12, 1999
11. Affidavit of Tamara BAKER dated 9th May 2002
12. Letter from Jean-Pierre GROSS to the Justice of the Peace of the Circle of Nyon dated November 18, 1999
13. Certificate of inheritance issued on December 17, 1999 by the Justice of the Peace of the Circle of Nyon

14. Document executed by Anna NUISSL on April 2, 1987 before the Consul of the Unitd States of America at Geneva, Switzerland, plus enclosures

15. Note of the Consular Agency of the United States of America regarding The Hague Convention abolishing the requirement of legalization for foreign public documents.

Contrôle des habitants  
1260 Nyon

Tél. 022/363.82.17

(1)

## ATTESTATION DE RESIDENCE

Le contrôle des habitants de Nyon atteste que :

| | |
|---|---|
| Nom | : NUISSL |
| Prénom(s) | : "ANNA", MARGARETHA, ELISABETH |
| Né(e) le | : 22 novembre 1906 à AMSTERDAM / Pays-Bas |
| Père | : NUISSL WOLFGANG |
| Mère | : OLY ANNA |
| Etat civil | : Divorcé(e) |
| Origine(s) | : Pays-Bas |
| Permis | : Permis C (établissement) |
| Echéance | : 1er mars 2002 |
| Dernière adresse | : Avenue Pertems 11<br>1260 NYON |
| Venant de | : Mont-sur-Rolle VD |
| Parti(e) à | : Gilly VD |

a été domicilié(e) du 1er avril 1988 au 7 septembre 1999 dans notre commune.

Remarque :

Emolument :   5.00 Francs



Population Control
1260 Nyon
Phone: 022/363.82.17

## CERTIFICATE OF RESIDENCY

The Population Control of Nyon certifies that:

| | | |
|---|---|---|
| Last Name | : | NUISSL |
| First & Middle Name (s) | : | "ANNA", MARGARETHA, ELISABETH |
| Date of Birth | : | November 22, 1906 at Amsterdam/ The Netherlands |
| Father | : | NUISSL WOLFGANG |
| Mother | : | OLY ANNA |
| Marital Status | : | Divorced |
| Country of Origin | : | The Netherlands |
| License | : | License C (establishment) |
| Expire | : | March 1st, 2002 |
| Last Address | : | Avenue Pertems 11 1260 Nyon |
| Arriving from | : | Mont-sur-Rolle VD |
| Leaving from | : | Gilly VD |

Domiciled from April 1st, 1988 to September 7, 1999 in our town.

**Remark**

Cost: 5.00 Francs                                                               Official Seal

(2)

ZAR-Nr. / No RCE / N. RCS   0278.7683/1

Name / Nom / Cognome
**Nuissl**
Vorname / Prénom / Nome
**Anna**

Unterschrift des Inhabers / Signature du titulaire / Firma del titolare

A 3947921

---

**Canton de Vaud**

ZAR-Nr. / No RCE / N. RCS   0278.7683/1
Kant.-Ref.-Nr. / No réf. cant. / N. rif. cant.   VD 394834

**Autorisation d'établissement   C**

**Délai de contrôle   01.03.2002**

Name / Nom / Cognome
**Nuissl**
Vorname / Prénom / Nome
**Anna**
Geburtsdatum / Date de naissance / Data di nascita   22.11.1906
Staatsangehörigkeit / Nationalité / Nazionalità
**Pays-Bas**
Wohnort / Adresse / Indirizzo
Av. Perdtemps 11
1260 Nyon

A 3947921

Einreisedatum / Date d'entrée / Data di entrata   15.09.1978

Livret pour étrangers C / Ausländerausweis C

L'autorisation d'établissement n'est valable que pour le canton qui l'a délivrée. Tout changement de canton nécessite une nouvelle autorisation. Il est conseillé de demander cette nouvelle autorisation au nouveau canton avant son départ, et de ne pas changer de domicile avant de l'avoir obtenue. Deux semaines avant l'échéance du délai de contrôle, le présent livret doit être remis aux autorités compétentes pour renouvellement.
L'étranger est tenu de déclarer son départ lorsqu'il change de canton ou lorsqu'il quitte la Suisse.
L'autorisation d'établissement prend fin lorsque l'étranger annonce son départ ou séjourne effectivement pendant six mois à l'étranger; sur demande présentée au cours de ce délai, celui-ci peut être prolongé jusqu'à deux ans.
L'étranger est tenu de présenter son livret sur réquisition des autorités.

Die Niederlassungsbewilligung gilt nur für den Kanton, der sie ausgestellt hat. Ein Kantonswechsel ist bewilligungspflichtig. Dem Ausländer wird empfohlen, das Gesuch vorher beim andern Kanton einzureichen und erst nach Erhalt der Bewilligung umzuziehen. Der Niedergelassene muss seinen Ausländerausweis zwei Wochen vor Ende der Laufzeit der zuständigen Behörde zur Erneuerung der Kontrollfrist vorlegen.
Beim Wegzug in einen andern Kanton oder ins Ausland hat sich der Ausländer abzumelden.
Die Niederlassungsbewilligung erlischt mit der Abmeldung oder wenn sich der Ausländer während sechs Monaten tatsächlich im Ausland aufhält; stellt er vor deren Ablauf das Begehren, so kann diese Frist bis auf zwei Jahre verlängert werden.
Der Ausländer ist verpflichtet, seinen Ausländerausweis den Behörden auf Verlangen vorzuweisen.

Ausgestellt durch: Etabli par: Rilasciato da:
**Police des étrangers du canton de Vaud**

Lausanne, le 18 février 1999 / LI

0278.7683/1

Last Name
Nuissl
First Name
Anna

[picture]
[signature of the holder]

Canton of Vaud
0278.7683/1

---

Authorization of Residency
Deadline of Control   01.03.2002

---

Last Name
Nuissl
First Name
Anna
Date of Birth: 22.11.1906
Nationality: Dutch
Address:
Ave. Pertems11
1260 Nyon

Date of Entry 15.09.1978

Book for Foreigners

    The authorization for residency is valid only for the Canton which issued it. Any changes of Canton require a new authorization. It is advised to ask for the new authorization to the new Canton prior your departure and not to change domicile without having first obtained it. Two weeks before the expiration of the deadline of control, this book must be returned to the competent authorities for its renewal.
    The foreigner must inform of his departure when he is going to another Canton or when he is leaving Switzerland.
    The authorization of residency ends when the alien informs of his departure or reside effectively for six months in another country; per request presented during this deadline, it can be extended up to two years.
    The alien must present his passport upon a requisition by the authorities.

Immigration Police of the Canton of Vaud

[Signature]

Lausanne, 18 February 1999/LI

| | | | |
|---|---|---|---|
| Schweizerische Eidgenossenschaft<br>Confédération Suisse<br>Confederazione Svizzera | | Kanton<br>Canton   Vaud<br>Cantone | |

| | | |
|---|---|---|
| TODESSCHEIN<br>Auszug aus dem Todesregister | ACTE DE DECES<br>Extrait du registre des décès | ATTO DI MORTE<br>Estratto del registro delle morti |

| | | | |
|---|---|---|---|
| Zivilstandskreis<br>Arrondissement de l'état civil<br>Circondario dello stato civile | Gilly | Band / Seite / Nr.<br>Volume / page / no<br>Vol. / pag. / no | 12/56/28 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Am<br>Le<br>Il | 07 septembre 1999 _/ | um<br>à<br>alle | 11 | Uhr<br>heures<br>ore | 15 | Minuten<br>minutes<br>minuti | |
| ist gestorben in<br>est décédé/e à<br>è morto/a a | Gilly _/ | | | | | | |
| Name<br>nom<br>cognome | <u>Nuissl</u> _/ | | | | | | |
| Vornamen<br>prénoms<br>nomi | Anna Margaretha Elisabeth _/ | | | Geschlecht<br>sexe<br>sesso | F | | |
| heimatberechtigt in<br>originaire de<br>attinente di | nationalité hollandaise _/ | | | | | | |
| geboren am<br>né/e le<br>nato/a il | 22 novembre 1906 à Amsterdam (Pays-Bas) _/ | | | | | | |
| wohnhaft in<br>domicilié/e à<br>domiciliato/a a | Nyon VD _/ | | | | | | |
| des<br>de<br>di | Nuissl, Wolfgang _/ | | | | | | |
| und der<br>et de<br>e di | Nuissl née Oly, Anna Wilhelmina | | | | | | |
| Zivilstand<br>état civil<br>stato civile | veuve de Ponzi, Cesare dès le 13 mars 1953 _/ | | | | | | |

**Überlebender Ehegatte / Conjoint survivant / Coniuge superstite**

| | |
|---|---|
| heimatberechtigt in<br>originaire de<br>attinente di | _/ |
| wohnhaft in<br>domicilié/e à<br>domiciliato/a a | _/ |

| | | |
|---|---|---|
| Ort und Datum<br>Lieu et date<br>Luogo e data | 1182 Gilly, 08 septembre 1999. | Amtsstempel, Name, Funktion, Unterschrift<br>Sceau, nom, fonction, signature<br>Bollo, nome, funzione, firma |

Gilbert Thonney
Officier de l'état-civil

Swiss Federation

Canton Vaud

## DEATH CERTIFICATE
Extracted from the Registry of Deaths

Administrative Division of Civil Records:   Gilly          Volume No.   12/56/28

| | |
|---|---|
| On | : September 7, 1999 |
| Place of Death | : Gilly |
| Last Name | : Nuissl |
| First & MiddleNames | : Anna Margaretha Elisabeth |
| Nationality | : Dutchwoman |
| Date of Birth | : November 22, 1906 in Amsterdam (Netherlands) |
| Domiciled at: | : Nyon VD |
| of | : Nuissl, Wolfgang |
| And of | : Nuissl born Oly, Anna Wilhelmina |
| Marital Status | : Widow of Ponzi, Cesare since March 13, 1953 |
| | : surviving spouse |
| Country of Origin | |
| Domiciled | |

**APOSTILLE**
(Convention de La Haye du 5 octobre 1961)

1. Pays: SUISSE

   Le présent acte public

2. a été signé par Gilbert Thonney

3. agissant en qualité de Officier

4. est revêtu du sceau/timbre de Etat Civil Gilly

   Attesté
5. à Lausanne   6. le 26 avril 2000

7. par la Chancellerie d'Etat du Canton de Vaud

8. sous No 2740

9. Sceau/timbre:   10. Signature
   pr le Chancelier d'Etat:

   Emolument: Fr. 15.-   G. Bouthiaux



**OFFICE DE PAIX**
CERCLE DE NYON
TEL. (021) 824 12 67

GREFFE

1195 Dully, le 15 décembre 1999

**Recommandée**

Monsieur Tullio E. PONZI
c/o Mme A. NUISSL
Place Perdtemps 11
1260 NYON

<u>Succession de Mme Anna NUISSL</u>

Monsieur,

En application des articles 558, alinéa 1, du Code civil et 536 du Code de procédure civile du canton de Vaud, je vous remets sous ce pli une photocopie des **dispositions de dernières volontés** de votre mère, décédée le 07 septembre 1999, dispositions homologuées le 26 novembre 1999

Je vous adresse encore deux notes d'honoraires de Me Dominique Burnier, à payer.

Veuillez agréer, Monsieur, l'assurance de mes sentiments distingués.

Le Greffier
Marie-Thérèse Bommeli

Annexe : ment.

OFFICE OF THE PEACE
CERCLE OF NYON
TEL. (021) 824 1267

1195 Dully, 15 December 1999

OFFICE OF THE CLERK OF COURT

Registered

Mr. Tullio E. Ponzi
C/o Mrs. A. Nuissl
Place Perdtemps 11
1260 Nyon

<u>Inheritance of Mrs. Anna Nuissl</u>

Sir,

    In application of articles 558, paragraph 1 of the Civil Code,
and 536 of Code of Civil Procedure of the Canton of Vaud, I give you under this seal a copy of the provisions of the last wishes of your mother, deceased on September 7, 1999, provisions approved on November 26, 1999.

    I am sending you again two notes for the fees of Attorney Dominique Burnier, to be paid.

    Please receive, Sir, my distinguished salutations.

                                                    Clerk of the Court
                                                  Marie-Therese Bommeli
                                                  [signature]

Annexe

I, Betty Charles, fluent in both English and French, certify that the above is a true and correct translation of the document presented to me issued in the French language.

[signature: Betty Charles]

### Renseignements
### relatifs à la liquidation de la succession

**Délai pour demander le bénéfice d'inventaire :**

> en règle générale, un mois dès le jour du décès
> (voir art. 580 et 567, al. 2, du Code civil).

**Délai pour répudier la succession :**

> en règle générale, trois mois dès le jour du décès
> (voir art. 567 du Code civil).

Les requêtes de bénéfice d'inventaire et les déclarations de répudiation doivent être faites dans les délais légaux, soit à l'office de paix, soit par déclaration écrite sur papier timbré, légalisée par l'autorité compétente ou par un notaire.

Les femmes mariées, non séparées de biens, doivent en outre être autorisées par leur mari, dont la signature sera également légalisée.

**Délai d'opposition aux dispositions testamentaires :**

Aux termes de l'art. 559 du Code civil, les héritiers légaux ou les personnes gratifiées dans une disposition plus ancienne peuvent former opposition contre les dispositions testamentaires. Ce droit doit s'exercer dans le délai d'un mois dès la présente notification, par lettre recommandée adressée au greffe de paix, et comportant le motif de l'opposition.

### Information Relating to the Settlement of Inheritance

**Deadline to ask for an inventory:**
    As a general rule, one month from the day of the death
    (see art. 580 and 567, paragraph 2, of the Civil Code)

**Deadline to repudiate inheritance:**
    As a general rule, three months from the day of the death
    (see art. 567 of the Civil Code)

Requests for an inventory and repudiation declarations must be done within the legal deadlines, either at the office of the peace, either by a written declaration on stamped paper, notarized by the competent authority or by a notary. Married women, not in a separate ownership system, must also be authorized by their husband, whose signature must also be legalized.

**Deadline for opposing to the dispositions of a will:**

According to the terms of Art. 599 of the Civil Code, the legal heirs or beneficiaries of a previous disposition can oppose to the dispositions of the will. This right must be exercised within a month from the present notification, by registered letter addressed to the clerk of the peace, and including the reason for the opposition.

I, Betty Charles, fluent in both English and French, certify that the above is a true and correct translation of the document presented to me issued in the French language.

*[signature: Betty Charles]*
Betty Charles

N° 144.-                                                                 Du 6 novembre 1997



## TESTAMENT

Par devant Dominique BURNIER, notaire à Nyon, pour le district de Nyon, domicilié à Prangins, ——————————————————
se présente : ——————————————————
<u>Anna</u> Margaretha Elisabeth NUISSL, fille de Wolfgang Nuissl, veuve de Cesare Ponzi, née le vingt-deux novembre mil neuf cent six, de nationalité néerlandaise, domiciliée à 1260 Nyon, avenue Perdtemps numéro onze C (11 C).

### Article premier

Je révoque et annule expressément toutes dispositions testamentaires que j'aurais prises antérieurement aux présentes. ——————

### Article deuxième

Je rappelle que mon fils Arthur Kellenbach et ma petite-fille Tamara Baker ont renoncé à tout droit dans ma succession, arguant du fait que, d'une part, ils ont hérité de leur père et grand-père à son décès et que, d'autre part, les biens qui constituent ma fortune proviennent de biens ayant appartenu à feu mon mari Cesare Ponzi. ——————————————————

### Article troisième

Ensuite de ce qui a été rappelé à l'article 2 qui précède, j'institue en qualité de seul héritier de tous les biens que je posséderai à mon décès, où qu'ils se trouvent et quelle qu'en soit la consistance, mon fils Tullio Ponzi et ce pour le remercier d'avoir pris soin de moi tout au long de ma vie. ——————

### Article quatrième

Pour le cas où mon fils Arthur Kellenbach ou ma petite-fille Tamara Baker, malgré leur déclaration que je considère comme faisant partie intégrante du présent testament, feraient valoir des prétentions sur les biens qui formeront ma succession, je les renvoie purement et simplement à leur réserve. ——————

-2-

### Article cinquième

Je désigne en qualité d'exécuteur testamentaire mon fils Tullio Ponzi. ⎯

Telles sont mes dernières volontés. ⎯

Ce testament que le notaire a fait écrire est présenté à la testatrice qui le lit personnellement et en entier et l'approuve dans tout son contenu. ⎯

Le présent acte est ensuite daté par le notaire et signé par la testatrice et lui, le jeudi six novembre mil neuf cent nonante-sept, à Nyon, en l'Etude, à onze heures. ⎯

Ont signé : A. Nuissl - D. Burnier, not. ⎯

Aussitôt après sont appelés en qualité de témoins testamentaires : ⎯

- Madame Sylvie Höhn, secrétaire, originaire de Meyrin (Genève), domiciliée à Bursinel, ⎯

- Madame Monique Huggler, secrétaire, originaire de Brienzwiler (Berne), domiciliée à Vinzel, ⎯

lesquels déclarent l'un et l'autre n'être dans aucun des cas d'exclusion prévus à l'article 503 du Code civil suisse dont ils ont connaissance. ⎯

Par devant le notaire soussigné, la testatrice déclare aux dits témoins qu'elle a lu personnellement et en entier le testament qui précède et que cet acte renferme bien l'expression fidèle de ses volontés. ⎯

De leur côté, les témoins certifient que la testatrice leur a fait cette déclaration devant ledit notaire et qu'elle leur a paru à tous deux capable de disposer à cause de mort. ⎯

Après lecture, les témoins signent avec le notaire la présente minute, le jeudi six novembre mil neuf cent nonante-sept, à Nyon, en l'Etude, à onze heures dix minutes. ⎯

La minute est signée : S. Höhn - M. Huggler - D. Burnier, not.

⎯⎯ QUATRIÈME EXPEDITION CONFORME ⎯⎯
⎯⎯ L' atteste : ⎯⎯

Nyon, le 26 novembre 1999

No. 144                                                                                     6 November 1997

Seal

## Testament

Before Dominique Burnier, solicitor at Nyon, for the district of Nyon, domiciled in Prangins

Presented herself:

Anna Margaretha Elisabeth Nuissl, daughter of Wolfgang Nuissl, widow of Cesare Ponzi, born on 22 November 1906, of Dutch nationality, domiciled at 1260 Nyon, Avenue Perdtemps Number eleven C (11 C)

### Article First

I expressly revoke and annul all provisions relative to a will that I would have taken prior to the present ones.

### Article Second

I remind that my grandson Arthur Kellenbach and my granddaughter Tamara Baker renounced to all rights to my succession, arguing that because one the one hand they inherited from their father and grandfather at his death, and on the other hand that the properties constituting my estate come from properties that had belong to my deceased husband Cesare Ponzi

### Article Third

Following what was stated in article 2 that precedes, I appoint as sole heir of all properties that I would possess at my death, wherever they are and in whatever form, to my son Tullio Ponzi to thank him for having taken care of me during my whole life.

### Article Fourth

In the case that my son Arthur Kellenbach or my granddaughter Tamara Baker, despite their declaration that I consider to be an integral part of the present will, would make claims on the properties that form my succession, I refer them purely and simply to their reservation.

### Article Fifth

I designate as executor my son Tullio Ponzi.