Such-an-such are my last wishes._____

This will that the solicitor requested to be written was presented to the testatrix who read it personally and in its entirety and approved it in all of its contents.

_____

The present act was then dated by the solicitor and signed by the testatrix and him, on Thursday six November nineteen ninety seven, at Nyon, in the office, at eleven._____

Signed: A. Nuissl – D. Burnier, solicitor._____

Immediately after, were called as witnesses to the will:_____

-Mrs. Sylvie Hohn, secretary, native of Meyrin (Geneva), domiciled at Bursinel, _

-Mrs. Monique Huggler, secretary, native of Brienz-wiler (Berne)0, domiciled at Vinzel, _____

both having declared not to be in any case of exclusion under article 503 of the Swiss Civil Code of which they have knowledge._____

As before the undersigned solicitor, the testatrix made this declaration before the said solicitor and she appeared to both as being capable of disposing because of death.

After reading, the witnesses signed with the solicitor the present document, on Thursday six November nineteen ninety seven, at Nyon, in the Office, at eleven o'clock and ten minutes.

The document is signed:  S. Hohn – M. Huggler – D. Burnier, solicitor.

Fourth Expedition Conform
Attesting

signature

I, Betty Charles, fluent in both English and French, certify that the above is a true and correct translation of the document presented to me issued in the French language.

Betty Charles

N° 200.-                                    Du 6 juillet 1999



16 S

## CODICILLE

Par devant Dominique BURNIER, notaire à Nyon, pour le district de Nyon, ————————————————————————————————————————————

se présente : ————————————————————————————————————

Anna Margaretha Elisabeth NUISSL, fille de Wolfgang Nuissl, veuve de Cesare Ponzi, née le vingt-deux novembre mil neuf cent six, de nationalité néerlandaise, domiciliée à 1260 Nyon, avenue Perdtemps numéro onze C (11 C). –

La comparante, ayant justifié de son identité et paraissant pleinement capable de disposer à cause de mort, requiert le ministère du notaire soussigné aux fins de recevoir le présent acte en la forme authentique. ——————————

En conséquence, Anna Nuissl exprime ses dispositions de dernières volontés comme suit : ——————————————————————————————

Je déclare expressément sans réserve ni condition révoquer et annuler toutes dispositions testamentaires que j'aurais prises antérieurement aux présentes, en particulier le testament authentique que j'ai signé le six novembre mil neuf cent nonante-sept, sous numéro 144.- des actes à cause de mort du notaire Dominique Burnier. ——————————————————————————————————

Telles sont mes dernières volontés. —————————————

Ce codicille que le notaire a fait écrire est présenté à la testatrice qui le lit personnellement et en entier et l'approuve dans tout son contenu. ————

- 2 -

Le présent acte est ensuite daté par le notaire et signé par la testatrice et lui, le mardi six juillet mil neuf cent nonante-neuf à Nyon, en l'Etude, à dix heures et cinquante minutes. ————————————————————

Ont signé : A. Nuissl - D. Burnier, not. ————————————

Aussitôt après sont appelés en qualité de témoins testamentaires : ——————————————————————————————

- Madame Sylvie Guichard, secrétaire, originaire de Genève, domiciliée à 1184 Luins, ——————————————————————————

- Monsieur Jacques-Daniel Noverraz, originaire de Lutry et Cully, domicilié à 1110 Morges, ——————————————————————————

lesquels déclarent l'un et l'autre n'être dans aucun des cas d'exclusion prévus à l'article 503 du Code civil suisse dont ils ont connaissance. ——

Par devant le notaire soussigné, la testatrice déclare aux dits témoins qu'elle a lu personnellement et en entier le codicille qui précède et que cet acte renferme bien l'expression fidèle de ses volontés. ————————

De leur côté, les témoins certifient que la testatrice leur a fait cette déclaration devant ledit notaire et qu'elle leur a paru à tous deux capable de disposer à cause de mort. ———————————————————————

Après lecture, les témoins signent avec le notaire la présente minute, le mardi six juillet mil neuf cent nonante-neuf, à Nyon, en l'Etude, à onze heures. ————————————————————————————

La minute est signée : S. Guichard - J.-D. Noverraz - D. Burnier, not. ——————————————————————————————

———— Deuxième expédition conforme ————
L'atteste :

No 200                                                6 July 1999


Official seal


## CODICIL


Before Dominique Burnier, solicitor at Nyon, for the district of
Nyon,_____

Appeared:

Anna Margaretha Elisabeth NUISSL, daughter of Wolfgang Nuissl, widow of
Cesare Ponzi, born on November 22, 1906, of Dutch nationality, domiciled at 1260
Nyon, Avenue Perdtemps number eleven C (11C)._____

The appearing individual, having confirmed her identity and appearing to be able
of disposing for cause of death, asks the ministry of the undersigned solicitor to receive
the present act in an authentic form.

Consequently, Anna Nuissl states the dispositions of her last wishes as
followed:_____

I declare expressly without reservation or condition to revoke and annul all
dispositions that I would have taken previously, particularly the authentic will that I
signed on six November nineteen ninety seven, under number 144 – of the acts for cause
of death, of solicitor Dominique Burnier._____

Such-and-such are my last wishes._____

This codicil that the solicitor requested to be written was presented to the
testatrix who read it personally and in its entirety and approved all of its content.

-2-

The present act was then dated by the solicitor and signed by the testatrix and him, on Tuesday six July nineteen ninety nine at Nyon, in the Office, at ten o'clock and fifty minutes._____

Signed: A. Nuissl – D. Burnier, solicitor_____

Immediately were called as witnesses to the will:_____

-Mrs. Sylvie Guichard, secretary, native of Geneva, domiciled at 1184 Luins, _____
-Mr. Jacques-Daniel Noverraz, native of Lutry and Cully, domiciled at 1110
Morges,_____

both having declared that either one of them to be within any of the cases of exclusion under article 503 of the Swiss Civil Code of which they have knowledge._____

Before the undersigned solicitor, the testatrix declared to the said witnesses that she personally read and in its entirety the codicil which precedes and that this act reflects the expression of her last wishes._____

On their part, the witnesses certify that the testatrix made the declaration before the said solicitor and that she appeared to them as being able to dispose for cause of death._____

After reading, the witnesses signed with the solicitor the present minute, on Tuesday six July nineteen ninety nine, at Nyon, in the Office, at eleven o'clock._____

The minute was signed:  S. Guichard – J.-D. Noverraz- D. Burnier, solicitor._____

Second expedition conform

Attesting

Seal of the solicitor                               signature

[written notes]

I, Betty Charles, fluent in both English and French, certify that the above is a true and correct translation of the document presented to me issued in the French language.

Betty Charles

# OHIO DEPARTMENT OF HEALTH
## DIVISION OF VITAL STATISTICS
### CERTIFICATE OF DEATH

Reg. Dist. No. _37_
Primary Reg. Dist. No. _3701_

State File No. _____
Registrar's No. _____

| DECEDENT—NAME First / Middle / Last | SEX | DATE OF DEATH (Mo., Day, Year) |
|---|---|---|
| 1. Siegfried   Kellenbach | Male | August, 22, 1987 |

| RACE—(e.g., White, Black, American Indian, etc.) (Specify) | AGE—Last Birthday (Years) | UNDER 1 YEAR Mos. / Days | UNDER 1 DAY Hours / Mins. | DATE OF BIRTH (Mo., Yr.) | COUNTY OF DEATH |
|---|---|---|---|---|---|
| 4. White | 5a. 54 | | | 6. Dec. 14, 1932 | 7a. Hocking |

| CITY, VILLAGE OR LOCATION OF DEATH | HOSPITAL OR OTHER INSTITUTION—Name (If not in either, give street and number) | IF HOSP. OR INST. Indicate DOA, OP/Emer. Rm., Inpatient |
|---|---|---|
| 7b. Logan | 7c. Hocking Valley Community Hospital | 7d. Inpatient |

| STATE OF BIRTH (If not in U.S.A., name country) | CITIZEN OF WHAT COUNTRY | ORIGIN OR DESCENT (Italian, Mexican, German, English, Cuban, Puerto Rican, etc.) (Specify) | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| 8a. Holland | 8b. United States | 9. Hollander | 10. 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 |

| WAS DECEASED EVER IN U.S. ARMED FORCES? (Yes, no, or unknown) (If yes, give dates of service) | MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (Specify) | SURVIVING SPOUSE (If wife, give maiden name) |
|---|---|---|
| 11. No | 12a. Married | 12b. Sue Weinfurtner |

| USUAL OCCUPATION (Give kind of work done during most of working life, even if retired) | KIND OF BUSINESS OR INDUSTRY |
|---|---|
| 13a. Piano Technician | 13b. Own |

| RESIDENCE—STATE | COUNTY | CITY, VILLAGE OR LOCATION | STREET AND NUMBER | INSIDE CITY LIMITS (Specify Yes or No) |
|---|---|---|---|---|
| 14a. Ohio | 14b. Hocking | 14c. Rockbridge | 14d. 10784 St Rt 374 | 14e. No |

| FATHER—NAME First / Middle / Last | MOTHER—MAIDEN NAME First / Middle / Last |
|---|---|
| 15. Wilhelm   Kellenbach | 16. Anna   Nuissl |

| INFORMANT—NAME (Type or Print) | MAILING ADDRESS (STREET OR R.F.D. No.) / (CITY OR TOWN) / (ZIP) |
|---|---|
| 17a. Sue Kellenbach | 17b. 10784 St Rt # 374, Rockbridge, Ohi |

**PART I.  DEATH WAS CAUSED BY: [ENTER ONLY ONE CAUSE PER LINE FOR (a), (b), AND (c)]**  18.

| | | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|
| IMMEDIATE CAUSE | (a) Melanoma with extensive metastasis | |
| Conditions, if any, which gave rise to immediate cause, stating the underlying cause last | DUE TO, OR AS A CONSEQUENCE OF: (b) | |
| | DUE TO, OR AS A CONSEQUENCE OF: (c) | |

| PART II. OTHER SIGNIFICANT CONDITIONS: Conditions contributing to death but not related to cause given in Part I (a) | AUTOPSY (Yes or no) 19a. | WAS CASE REFERRED TO CORONER (Specify Yes or No) 19b. |
|---|---|---|

| ACC., SUICIDE, HOM., UNDET., OR PENDING INVEST. (Specify) 20a. | DATE OF INJURY (Month, Day, Year) 20b. | HOUR 20c. M | HOW INJURY OCCURRED (Enter nature of injury in Part I or Part II, item 18) 20d. |
|---|---|---|---|
| INJURY AT WORK (Specify yes or no) 20e. | PLACE OF INJURY (At home, farm, street, factory, office bldg., etc. (Specify) 20f. | LOCATION 20g. | (Street or R.F.D. no., city or village, zip) |

| To be Completed by ATTENDING PHYSICIAN Only | To be Completed by CORONER Only |
|---|---|
| 21a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated. (Signature and Title) | 22a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. (Signature and Title) |
| DATE SIGNED (Mo., Day, Year) 21b. August 22, 1987 | HOUR OF DEATH 21c. 6:32 A | DATE SIGNED (Mo., Day, Year) 22b. | HOUR OF DEATH 22c. M |
| | | PRONOUNCED DEAD (Mo., Day, Year) 22d. ON | PRONOUNCED DEAD (Hour) 22e. AT M |

| NAME AND ADDRESS OF CERTIFIER (PHYSICIAN OR CORONER) (Type or Print) | (Street or R.F.D. no., city or village, state, zip) |
|---|---|
| 23. Alfonso Gay   751 St Route 664 North, Logan, Ohio 43138 | |

| BURIAL, CREMATION, OTHER (Specify) 24a. cremation | DATE 24b. 8-22-1987 | NAME OF CEMETERY OR CREMATORY 24c. Rutherford Cremator | LOCATION (City, village, or county) (State) 24d. Worthing, Ohio |
|---|---|---|---|
| NAME OF EMBALMER 25. None | (LIC. No.) | FUNERAL DIRECTOR'S SIGNATURE 26. Fred P. Brown | (LIC. No.) 5647 |

| FUNERAL FIRM AND ADDRESS 27. Heinlein-Brown Funeral Home | (STREET NO.) 204 West Main Street | (CITY) Logan, | (STATE) Ohio | (ZIP) 43138 |
|---|---|---|---|---|

| DATE REC'D BY LOCAL REG. 28. 8-22-87 | REGISTRAR'S SIGNATURE 29. Donna Voris | DATE PERMIT ISSUED 30. 8-22-87 | SIGNATURE OF PERSON ISSUING PERMIT 31. Donna Voris | DIST. No. 37 |
|---|---|---|---|---|

I hereby Certify that this is an Exact and True Copy
of A Certificate of ~~Birth~~ Death as found in the Files
of the Logan-Hocking County Health Department for

_Siegfried Kellenbach_

_Aug. 24, 1987_   _Donna Voris_
**LOCAL REGISTRAR OF VITAL STATISTICS**

HEA 2717

TAMARA BAKER                                    11-8-99
5446 Felicia Ave                                   ⑧
Livermore, CA 94550
U.S.A


Dear Mr Gross,

    Enclosed are the Forms to repudiate inheritance
rights in the estate of Anna Nuissl. Should you
need to contact me for Additional information
my Address is listed Above And I can Also
be reach by Fax at 1-925-443-0949 or by
telephone at 1-925-606-7178.

    Thank you for your Assistance.

      Sincerely,

      Tamara Baker

(9)

The Honourable Justice of the Peace.
9. Place du Chateau.
1260 Nyon.
Switserland.

Sydney, 11th November, 1999

Honourable Justice of the Peace,

**Re: Estate of the late Anna M.E. Nuissl, deceased on 7th September, 1999 at Gilly.**

I hereby repudiate my position and renounce my inheritance rights in respect of the above
referenced estate.

Confirmation of receipt of this communication will be much appreciated.

Sincerely,

Arthur Kellenbach.

15 Awatea Road.
St Ives Chase.
Sydney NSW 2075.
Australia.

Signed in my presence at Sydney
the    11th day of November 1999

Eric Asher Thew
Notary Public.
Sydney New South Wales Australia



⑩

Procès-verbal de mesures conservatoires

| | | PROCES-VERBAL | N° 87 |
|---|---|---|---|
| Office de paix du cercle de __NYON__ | | DE MESURES CONSERVATOIRES | Référence: |

Date: 12 novembre 99 Lieu: Nyon

| | | Date du mariage: |
|---|---|---|
| est décédé e à Le | 07 septembre 1999 Gilly | |
| originaire de | NUISSL Anna Margaretha Elisabeth nationalité hollandaise | 1er domicile conjugal: |
| domicilié e à | Nyon, pl. Perdtemps 11 | |
| né e le | 22 novembre 1906 à Amsterdam | Contrat de mariage |
| fil le de et de | Wolfang Nuissl Anna Wilhelmine née Oly | |
| état civil | veuve de Cesare Ponzi dès le 13.03.1953 | Inventaire d'apports |
| profession: | employeur: | Pas de chchques |

Héritiers légaux: d'un premier mariage:
- La fille de son fils  Siegfried Kellenbach († 22.08.87)
  Tamara Bafner  en Californie . a répudié devant notaire Peggy L. Ezidro
  en Californie
- son fils Arthur Kellenbach
  15 Awatea Road, St Jves Chase, Sydney NSW 2075 (Australie)  le 2/11/99
  a répudié le 11.11.99.
d'un deuxième mariage
- Tullio E. Ponzi, p.a 11 Perdtemps 11 (encore quelques semaines) 765.195.12/626

**SUCCESSION NON IMPOSABLE**

**SUCCESSION LIQUIDÉE le 16.05.2000**

M. Tullio E. Ponzi déclare accepter
la succession de sa mère Mme Anna Nuissl.
Nyon, le 12 novembre 1999.

M. Tullio E. Ponzi déclare accepter sans limite
toutes les dettes de sa mère.
Un certificat d'héritier lui sera délivré.

pl. 1.  12

Minutes of Measures of Preservation

No.87

Office of the Peace of the Circle                    Minutes of Measures of Preservation
Of Nyon

References

Date:  12 November 99;  Place:  Nyon

| | | |
|---|---|---|
| On | 7 September 1999 | Date of Marriage |
| Was deceased at | Gilly | |
| | NUISSL <u>Anna</u> Margaretha Elisabeth | 1st conjugal domicile |
| Of | Dutch nationality | Marriage Contract |
| Domiciled at | Nyon, pl. Perdtemps 11 | |
| Born on | 22 November 1906 at Amsterdam | Inventory of Contributions |
| Daughter of | Wolfgang Nuissl | no statistics |
| And of | Anna Wilhemine born Oly | |
| Marital status | widow of Cesare Ponzi since 03.13.1953 | |
| Profession: | employer: | |
| Legal heirs | from first marriage | |

-the daughter of her son Siegfred Kellerbach
Tamara Baker in California – repudiated before notary Peggy L. Ezidro Aleneda, County
California on 2/11/99
-Her son Arthur Kellenback
15 Awatea Road, St. Ives Chase, Sydney NSW 2075 (Australia) repudiated on 11/11/99
of a second marriage
-Tullio Ponzi, p.a. 11 Pertemps 11 (for a few more weeks) 765.195.12/626

| | |
|---|---|
| Succession | Mr. Tullio E. Ponzi declares to accept the succession of his mother Mrs. Anna Nuissl. |
| | Nyon, on November 12, 1999 |
| Non-imposing | |
| | |
| Succession liquidated | Mr. Tullio E. Ponzi declares to accept without limitations all the debts of his mother |
| | A certificate of inheritance will be delivered |
| On 16.05.2000 | |

I, Betty Charles, fluent in both English and French, certify that the above is a true and
correct translation of the document presented to me issued in the French language.

_Betty Charles_
Betty Charles

TESTAMENT: *reçu de M^c D. Burnier*

☐  Il n'y a pas de dispositions
de dernières volontés

☐  Testament olographe du:

☒  ~~Testament~~ *Codicille* authentique du 06.07.99 Notaire: M^c Dominique Burnier

HOMOLOGATION:
Lieu: *Nyon*                     Date: 26.11.99

☐  Ordonnance de publication FAO:

Testament: received from Attorney D. Burnier       Homologation
                                                   Place: Nyon          Date: 11.26.99

                                        Order of Publication FAO:

☐ There is no dispositions of last wishes

☐ Testament olograph of

☐ Codicil authentic from 7.6.99       Solicitor: Attorney Dominique Burnier


I, Betty Charles, fluent in both French and English certify that the above is a true and
correct translation of the document presented to me issued in the French language.

                                                        _Betty Charles_
                                                             Betty Charles

(11)

## AFFIDAVIT OF TAMARA BAKER

I, Tamara Baker of 22572 Ledana Street, Mission Viejo, California 92691 (formerly known as Tamara Kellenbach), am the granddaughter of Anna Nuissl who died in September 7, 1999. I am aware of the Estate of Anna Nuissl and the property of the Estate. Ms. Nuissl died intestate. I was a beneficiary of the estate but have renounced and waived any interest in the property based on the understanding that Tullio Ponzi, my uncle, was to be her sole heir.

I know the Apartment in Cambridge was in Anna Nuissl's name for her benefit until death, with the shares to be distributed to Tullio Ponzi upon her death.

During the last 10 years of her life, I traveled several times to Switzerland to visit with Ms. Anna Nuissl. I understood and agreed that my uncle Tullio Ponzi was the sole heir of her estate. This was based on the fact that Tullio Ponzi took care of her during her life.

Signed and sworn under the penalties of perjury this _9th_ day of _May_, 2002.

_Tamara Baker_
Tamara Baker

STATE OF _CAL_

COUNTY OF _ORANGE_                          _5/9_, 2002

Then personally appeared the above named Tamara Baker and acknowledged the foregoing instrument to be her free act and deed, before me

M. STOEVE
Commission # 1342844
Notary Public - California
Orange County
My Comm. Expires Feb 9, 2006

_Notary Public_
Notary Public
My commission expires: _2/09/2006_

# GROSS, BRON, MATHYER, BRANDT & LOGOZ

## AVOCATS AU BARREAU

JEAN-PIERRE GROSS
DOCTEUR EN DROIT
LL.M. (U.C. BERKELEY)
ANCIEN BÂTONNIER

JACQUES-HENRI BRON
LICENCIÉ EN DROIT

PIERRE MATHYER
LICENCIÉ EN DROIT

DOMINIQUE BRANDT
DOCTEUR EN DROIT

FRANÇOIS LOGOZ
DOCTEUR EN DROIT

ALEXANDRE GUYAZ
DOCTEUR EN DROIT

DANIEL GUIGNARD
DOCTEUR EN DROIT

FRANÇOIS-JÉRÔME DANTHE
DOCTEUR EN DROIT

STEFAN EBERHARD
DOCTEUR EN DROIT

AVOCATS-STAGIAIRES

TÉL.    41 21/320 22 65
FAX     41 21/320 22 78
E-MAIL  AVOCATS@URBANET.CH
CCP 10-5119-6

**Recommandé**

Madame le Juge de Paix du cercle de Nyon
Case postale 559
1260  Nyon

CH-1000 LAUSANNE 5, le 18 novembre 1999
20, avenue des Mousquines
Case postale 31

Madame le Juge de Paix,

Succession de feue Anna Nuissl, décédée à Gilly le 7 septembre 1999

Ci-joint, je vous fais suivre la déclaration de répudiation de la succession susmentionnée signée par Mme Tamara Baker et légalisée par un notaire d'Alameda, Californie.

Je vous prie d'agréer, Madame le Juge de Paix, l'expression de mes sentiments très respectueux.

Jean-Pierre Gross, av.

**GROSS, BRON, MATHYER, BRANDT & LOGOZ**
**AVOCAT AU BARREAU**

[names]

Registered

Mrs. the Justice of Peace of the Circle of Nyon
P.O. Box 559
1260 Nyon

CH-1000 LAUSANNE 5, on 18 November 1999
20 Avenue of Mousquines
P.O. Box 31

Mrs. the Justice of the Peace,

Succession of the late Anna Nuissl, deceased at Gilly on 7 September 1999

Enclosed, I am forwarding to you the declaration of repudiation to the succession of the above-reference individual signed by Mrs. Tamara Baker and legalized by a notary of Alameda, California.

Please receive, Mrs. the Justice of the Peace, the expression of my most respectful salutations.

Jean-Pierre Gross, Esq.

I, Betty Charles, fluent in both English and French, certify that the above is a true and correct translation of the document presented to me issued in the French language.

Betty Charles

(13)

du 17 décembre 1999

       vu le décès survenu à Gilly, le 07 septembre 1999, de Anna Margaretha Elisabeth NUISSL,

       vu les dispositions de dernières volontés laissées par la défunte, homologuées le 26 novembre 1999,

       vu les répudiations de succession signées en date des 02 et 11 novembre 1999 par deux des héritiers légaux,

       vu l'acceptation de succession et réquisition de délivrance de certificat d'héritier signée en date du 12 novembre 1999 par l'héritier légal,

       vu les articles 559 CCS et 541 CPC,

       LE JUGE DE PAIX DU CERCLE DE NYON

       délivre le certificat d'héritiers suivant :

**NUISSL**
**Anna**
**Margaretha**
**Elisabeth**

CANTON DE VAUD

CERCLE DE NYON

OFFICE DE PAIX

CERTIFICAT D'HERITIER

Le JUGE DE PAIX DU CERCLE DE NYON
certifie ce qui suit :

J 765 CIEV 112E

December 17, 1999

Considering the death which occurred at Gilly on September 7, 1999 of <u>Anna</u> Margaretha Elisabeth NUISSL.

Considering the dispositions of the last wishes of the deceased, approved on November 26, 1999.

Considering the repudiations of succession signed on November 2 and 11, 1999 by the two legal heirs.

Considering the acceptance to the succession and the requisition for the delivery of a certificate of inheritance signed on November 12, 1999 by the legal heir.

Considering articles 559 of the Swiss Civil Code and 541 of Code of Civil Procedure.

The Justice of the Peace of the Circle of Nyon
Delivered the following certificate of inheritance

Canton of Vaud

Circle of Nyon

Office of the Peace

Certificate of Inheritance

The Justice of the Peace of the Circle of Nyon
Certifies what follows

I, Betty Charles, fluent in both English and French, certify that the above is a true and correct translation of the document presented to me issued in the French language.

Betty Charles

NUISSL <u>Anna</u> Margaretha Elisabeth, fille de Wolfgang Nuissl et
de Anna Wilhelmina née Oly, née le 22 novembre 1906, de
nationalité hollandaise, veuve, de son vivant domiciliée à
Nyon, décédée à Gilly, le 07 septembre 1999,

a laissé pour seul héritier
savoir : héritier légal

- son fils Tullio E. PONZI, place Perdtemps 11, 1260 Nyon.

droit d'usufruit du conjoint survivant : néant

autres usufruits légaux : néant

exécuteur testamentaire : néant

substitution fidéicommissaire : néant

immeuble : appartement 455 Worth Av., Palm Beach, Floride, USA

Ainsi établi à Nyon, le 17 décembre 1999.

Le Juge de paix :                    le Greffier :

Dominique BURKI                      Marie-Thérèse BOMMELI

NUISSL <u>Anna</u> Margaretha Elisabeth, daughter of Wolfgang Nuissl and Anna Wilhemina born Oly, born on November 22, 1906, of Dutch nationality, widow, during her life having domiciled at Nyon, deceased in Gilly, on September 7, 1999.

Left for a sole heir
Known as: legal heir

-her son **Tullio E. Ponzi**, place Perdtemps 11, 1260 Nyon,

right of usufruct of the surviving spouse: none

other rights of usufruct:    none

executor: none

substitution sub-commissioner: none

building: apartment 455 Worth Av., Palm Beach, Florida, USA

Established at Nyon, on December 17, 1999

Justice of the Peace                                        Clerk

Dominique Burki                                 Marie-Therese Bommeli

I, Betty Charles, fluent in both English and French, certify that the above is a true and correct translation of the document presented to me issued in the French language.

Betty Charles

APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Pays: SUISSE

   Le présent acte public

2. a été signé par  Dominique Burki

3. agissant en qualité de Juge de Paix

4. est revêtu du sceau/timbre de Office de Paix du cercle de Nyon

Attesté

5. à Lausanne        6. le 26 avril 2000

7. par la Chancellerie d'Etat du Canton de Vaud

8. sous No 2739

9. Sceau/timbre:                    10. Signature
                                    pr le Chancelier d'Etat:

Fr. 25.-                            G. Bouthiaux

APOSTILLE
(Hague Convention of 5 October 1961)

1. Country: Switzerland

   The present public record

2. was signed by Gilbert Thonney

3. acting in his capacity as officer

4. is entrusted with the seal/stamp of the Civil Records of Gilly

Attesting

5. at Lausanne                          6. April 26 2000

7. by the Chancery of the State of Canton de Vaud

8. No. 2740

9. Seal/Stamp                           10. Signature
                                        By the State Chancellor

Cost: Fr. 15.-                          G. Bouthiaux


I, Betty Charles, fluent in both English and French, certify that the above is a true and
correct translation of the document presented to me issued in the French language.

Betty Charles

(14)

Attention:  Mr. C. Hare,
            President,
            Long View Corporation,
            983-985 Memorial Drive,
            Cambridge, MA.


April 2, 1987


For value received, I Anna Nuissl hereby sell and transfer

to Tullio E. PONZI my ownership of 69 shares (sixty-nine shares)

of the capital stock of Longview Corporation represented by

certificate No. 178 duly endorsed.


This date    2 April.  1987


Signature    *Anna Nuissl*

            (Notarized American Consulate Geneva)


CONFEDERATION OF SWITZERLAND
CANTON AND CITY OF GENEVA          SS
CONSULAR SERVICE OF THE
UNITED STATES OF AMERICA


I  Sally M. Gober   Vice Consul of the United States of America
at Geneva, Switzerland, duly commissioned and qualified, do hereby certify that
on this    2nd    day of   April, 1987
before my personally appeared    Anna M. E. Nuissl

to me personally known and known to me to be the individual
described in, whose name   is   subscribed to, and who
executed the foregoing instrument, and being informed by me of the contents
thereof   she   duly acknowledged to me that   she
executed the same freely and voluntarily for the uses and purposes therein
mentioned.
IN WITNESS WHEREOF I have hereunto set my hand and official seal the
day and year first above written.


            Sally M. Gober
            American Consul