# Exhibit C

## GROSS & ASSOCIÉS
AVOCATS

JEAN-PIERRE GROSS
DOCTEUR EN DROIT
LL.M (U.C. BERKELEY)
ANCIEN BÂTONNIER

JACQUES-HENRI BRON
LICENCIÉ EN DROIT

PIERRE MATHYER
LICENCIÉ EN DROIT

DOMINIQUE BRANDT
DOCTEUR EN DROIT

FRANÇOIS LOGOZ
DOCTEUR EN DROIT

THOMAS ROHDE
LICENCIÉ EN DROIT

AVOCATS-STAGIAIRES

NICOLAS ROUILLER
DOCTEUR EN DROIT

LEILA ROUSSIANOS
DOCTEUR EN DROIT

20, avenue des Mousquines
Case postale 31
CH – 1000 Lausanne 5

TÉL +41 21 320 22 65
FAX +41 21 320 22 78
info@gross-law.ch

CCP 10-5119-6
TVA n° 291 983

A

John McAuliffe, Esq.
Attorney at Law
430 Lexington Street
Newton, MA 02466
U.S.A.

Lausanne, May 16, 2002

Also by fax No. 001 617 558 68 82

Re: Estate of the late Anna Nuissl

Dear Mr. McAuliffe:

In my capacity as member in good standing of the Bar of the Canton of Vaud, Switzerland, I am pleased to give you the following legal opinion.

1.     The following Articles of the Swiss Civil Code read as follows :

Article 749

[1] A usufruct is extinguished by the death of the usufructuary and, if the usufructuary is a corporate body, by the dissolution of the corporation.

[2] Where the usufructuary is a corporate body, however, the usufruct cannot continue longer than for a period of one hundred years.

Article 537, § 1

[1] The succession opens with the death of the deceased.

Article 560

[1] The inheritance is vested as a whole in the heir or heirs by operation of law at the death of the deceased.

[2] Subject to certain statutory exceptions...

[3] The vesting of the inheritance in the instituted heir dates back to the time of the opening of the succession, and the statutory heirs are bound to deliver up the estate to them according to the rules on possession

2.- As a consequence of the above Articles, title in the estate of the deceased passes to the heirs at the very moment of the death of the *de cujus*. There is no need for an executor unless so provided in the Will of the deceased. Even in such a case, title passes to the heirs at the very moment of the death of the *de cujus*.

3.- As shown on the enclosed certificate of inheritance, Mr. Tullio Ponzi has been declared to be the sole heir of his late mother Anna Nuissl.

Should you need any additional information, please let me know.

Yours sincerely,

Jean-Pierre Gross

4 pages, including this one.

GROSS & ASSOCIES 41 21 3202278    N°9370   P. 3

*Exemplaire pour le transfert de la propriété H55 ~~~~ Au, ~~~ Beau*

<u>du 17 décembre 1999</u>

      vu le décès survenu à Gilly, le 07 septembre 1999, de <u>Anna</u> Margaretha Elisabeth NUISSL,

      vu les dispositions de dernières volontés laissées par la défunte, homologuées le 26 novembre 1999,

NUISSL
Anna
Margaretha
Elisabeth

      vu les répudiations de succession signées en date des 02 et 11 novembre 1999 par deux des héritiers légaux,

      vu l'acceptation de succession et réquisition de délivrance de certificat d'héritier signée en date du 12 novembre 1999 par l'héritier légal,

      vu les articles 559 CCS et 541 CPC,

LE JUGE DE PAIX DU CERCLE DE NYON

délivre le certificat d'héritiers suivant :

CANTON DE VAUD

CERCLE DE NYON

OFFICE DE PAIX

<u>CERTIFICAT D'HERITIER</u>

Le JUGE DE PAIX DU CERCLE DE NYON
certifie ce qui suit :

GROSS & ASSOCIES 41 21 3202278                 N°9370   P. 4

NUISSL Anna Margaretha Elisabeth, fille de Wolfgang Nuissl et de Anna Wilhelmina née Oly, née le 22 novembre 1906, de nationalité hollandaise, veuve, de son vivant domiciliée à Nyon, décédée à Gilly, le 07 septembre 1999,

a laissé pour seul héritier

savoir : héritier légal

- son fils Tullio E. PONZI, place Perdtemps 11, 1260 Nyon.

droit d'usufruit du conjoint survivant : néant

autres usufruits légaux : néant

exécuteur testamentaire : néant

substitution fidéicommissaire : néant

immeuble : appartement 455 Worth Av., Palm Beach, Floride, USA

Ainsi établi à Nyon, le 17 décembre 1999.

Le Juge de paix :                    le Greffier :

Dominique BURKI                      Marie-Thérèse BOMMELI

Copie certifiée conforme
l'atteste :
le greffier

Nyon (Suisse)
le 22 décembre 19..

TO:0016175586882          P:1

| | |
|---|---|
| Schweizerische Eidgenossenschaft<br>Confédération Suisse<br>Confederazione Svizzera | Kanton<br>Canton     Vaud<br>Cantone |

TODESSCHEIN                ACTE DE DECES               ATTO DI MORTE
Auszug aus dem Todesregister   Extrait du registre des décès   Estratto del registro dello morti

| | | | |
|---|---|---|---|
| Zivilstandskreis<br>Arrondissement de l'état civil<br>Circondario dello stato civile | Gilly | Band / Seite / Nr.<br>Volume / page / no<br>Vol. / pag. / no | 12/56/28 |

| | | | | | |
|---|---|---|---|---|---|
| Am<br>Le<br>Il | 07 septembre 1999 _/ | um<br>à<br>alle | 11 | Uhr<br>heures   15<br>ore | Minuten<br>minutes<br>minuti |

ist gestorben in / est décédé/e à / è morto/a a: Gilly _/

Name / nom / cognome: Nuissl _/

Vornamen / prénoms / nomi: Anna Margaretha Elisabeth _/     Geschlecht / sexe / sesso: F

heimatberechtigt in / originaire de / attinente di: nationalité hollandaise _/

geboren am / né/e le / nato/a il: 22 novembre 1906 à Amsterdam (Pays-Bas) _/

wohnhaft in / domicilié/e à / domiciliato/a a: Nyon VD _/

des / du / di: Nuissl, Wolfgang _/

und der / et de / o di: Nuissl née Oly, Anna Wilhelmina

Zivilstand / état civil / stato civile: veuve de Ponzi, Cesare dès le 13 mars 1953 _/

Überlebender Ehegatte / Conjoint survivant / Coniuge superstite

heimatberechtigt in / originaire de / attinente di: _/

wohnhaft in / domicilié/e à / domiciliato/a a: _/

Ort und Datum / Lieu et date / Luogo e data: 1182 Gilly, 08 septembre 1999.

Amtsstempel, Name, Funktion, Unterschrift / Sceau, nom, fonction, signature / Bollo, nome, funzione, firma





**CERTIFICATE OF ACCURACY**

TO WHOM IT MAY CONCERN

Dear Sir/Madam:

MultiLingual Solutions, Inc., at the request of John M. McAuliffe & Associates, P.C. (Newton, MA), prepared the attached English translation of the 2-page <u>Heir Certificate dated December 17, 1999 (deceased: Anna Margaretha Elisabeth Nuissl)</u> from French.

We confirm that the attached translation was prepared by a qualified translator who was carefully selected for this assignment based on a combination of native linguistic skill, relevant accreditations/certifications and experience.

We further certify that the translation is an accurate representation of the original text in terms of both content and tone.

Should you have any questions regarding this translation, please contact MultiLingual Solutions, Inc. directly at 301.424.7444.

Sincerely,

*[signature]*

Laurie Campos Sandler
President

Attachments

---

Subscribed and sworn to before me this 29th day of April, 2003, in Rockville, MD.

*[signature]*

DONALD H. HASLEY
Notary Public

My commission expires: 01/01/05

TRANSLATION

/Handwritten/ Example for the transfer of the 455 Worth Avenue, Palm Beach property.

17 December 1999

NUISSL
Anna
Margaretha
Elisabeth

    in the matter of the death at Gilly, on 7 September 1999, of Anna Margaretha Elisabeth NUISSL,

    in the matter of the disposition of last wishes left by the deceased, probated on 26 November 1999,

    in the matter of the renunciation of succession signed on 02 and 11 November 1999 by two of the legal heirs,

    in the matter of the acceptance of succession and the demand for delivery of the certificate of inheritance signed on 12 November 1999 by the legal heir,

    in the matter of Articles 559 of the Swiss Civil Code and 541 of the Code of Civil Procedure,

THE CONCILIATION MAGISTRATE OF THE CIRCUIT OF NYON

delivers the following certificate of heirs:

CANTON OF VAUD
CIRCUIT OF NYON
CONCILIATION OFFICE

HEIR CERTIFICATE

THE CONCILIATION MAGISTRATE OF THE CIRCUIT OF NYON

certifies the following:

TRANSLATION

NUISSL Anna Margaretha Elisabeth, daughter of Wolfgang Nuissl and Anna Wilhelmina née Oly, born on 22 November 1906, of Dutch nationality, widow, during her lifetime

domiciled in Nyon, who died at Gilly on 07 September 1999,

Has left as sole heir

that is: legal heir

—her son Tullio E. PONZI, Place Perdtemps 11, 1260 Nyon,

right of usufruct by surviving spouse: none

other legal usufructs: none

executor: none

entail of beneficiary: none

real estate: apartment at 455 Worth Ave., Palm Beach, Florida, USA

Thus set forth at Nyon, on 17 December 1999,

| | |
|---|---|
| Conciliation Magistrate: | Clerk of the Court: |
| /singature/      [SEAL] | /signature/ |
| Dominique BURKI | Marie-Thérèse BOMMELI |

Accurate certified copy
attested by:
The Clerk of the Court
/signature/
Marie-Thérèse BOMMELI
Nyon (Switzerland)
22 December 1999
[seal]