# Exhibit D

UNITED SATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONGVIEW CORPORATION,<br>    Plaintiff-in-Interpleader and<br>    Stakeholder,<br><br>v.<br><br>TULLIO PONZI, TAMARA BAKER,<br>ARTHUR KELLENBACK and ALAN<br>LeBOVIDGE, as Commissioner of<br>Revenue, COMMONWEALTH OF<br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE SERVICES,<br><br>    Defendants-in-Interpleader and<br>    Claimants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## AFFIDAVIT OF TAMARA BAKER

I, Tamara Baker of 22572 Ledana Street, Mission Viejo, California 92691 (formerly known as Tamara Kellenbach), under oath and upon personal knowledge, observation and belief do hereby depose and state the following:

1. I am the granddaughter of Anna Nuissl, who died intestate in Switzerland on September 7, 1999.

2. As the granddaughter of Ms. Nuissl, I was to be a beneficiary of Ms. Nuissl's estate by operation of Swiss law. However, I renounced and waived any interest in the property and understood that Tullio Ponzi, my uncle, was to be her sole heir.

3. It is my understanding that Mr. Tullio Ponzi was the sole heir of Ms. Nuissl's estate, including her shareholder interests in the Longview Corporation.

4. I am aware of no other person who has an interest in Ms. Nuissl's estate or her shares in the Longview Corporation.

SEP-28-2004(TUE) 17:03    McAuliffe & Assoc.                    (FAX)16175586882            P. 005/005

Signed and sworn under the penalties of perjury this 17TH day of AUG, 2004, 2004.

*Tamara Baker*
Tamara Baker

STATE OF CALIFORNIA

COUNTY OF ORANGE

AUG 17, 2004

Then personally appeared the above named Tamara Baker and acknowledged the foregoing instrument to be her free act and deed, before me

[Notary seal: MATT STOEVE, COMM...1452228, NOTARY PUBLIC-CALIFORNIA, ORANGE COUNTY, My Term Exp. Nov. 21, 2007]

_____
Notary Public
My commission expires: NOV. 21, 2007