# Exhibit E

SEP-28-2004(TUE) 17:03    McAuliffe & Assoc.           (FAX)16175586882           P.003/005

## UNITED SATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONGVIEW CORPORATION, <br>     Plaintiff-in-Interpleader and Stakeholder, <br> v. <br> TULLIO PONZI, TAMARA BAKER, ARTHUR KELLENBACK and ALAN LeBOVIDGE, as Commissioner of Revenue, COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE SERVICES, <br>     Defendants-in-Interpleader and Claimants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF ARTHUR KELLENBACH

I, Arthur Kellenbach of 15 Awatea Road, St. Ives Chase, Sydney, New South Wales, 2075, Australia under oath and upon personal knowledge, observation and belief do hereby depose and state the following:

1. I am the son of Anna Nuissl, who died intestate in Switzerland on September 7, 1999.

2. By operation of Swiss law, I was to be a beneficiary of Ms. Nuissl's estate in Switzerland. However, I renounced and waived my interest in her property including her shareholder interest in Longview Corporation and understood that Mr. Tullio Ponzi would be her sole heir.

3. I am aware of no other person who has an interest in Ms. Nuissl's estate, or her shares in the Longview Corporation.

Signed and sworn under the penalties of perjury this 27th day of August, 2004.

Sworn before me :

_signature_

/s/ Arthur Kellenbach
Arthur Kellenbach

TREVOR JOHN FOWLER