Law Office of
# Joel Z. Eigerman
50 Congress Street, Suite 200
Boston, Massachusetts 02109

Joel Z. Eigerman, Esq.
Tel (617) 367-0014
Fax (617) 523-5612

September 2, 2005

Honorable Nancy Gertner
United States District Court for
the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re:     *Longview Corporation v. Tullio Ponzi, et alii*, Civ. A. No. 04-11738-NG.

Dear Judge Gertner:

In an Order dated August 17, 2005, Your Honor ruled that since there was no evidence that one of the defendants in this interpleader action, Arthur Kellenback, a resident of Australia, had submitted himself to the jurisdiction of the Court, action on the plaintiff's motion for discharge, and on the defendant Tullio Ponzi's motion for summary judgment, would be stayed. In fact, Mr. Kellenback has submitted himself to this Court's jurisdiction, and it is only my lack of precision in my submission in behalf of Mr. Ponzi which has obscured this fact from the Court.

Without rehashing more of this unfortunately embellished dispute than is necessary, Your Honor may recall that there was a prior Superior Court action in which the parties decided to forego a final resolution (which would have entailed an appeal) in favor of the present interpleader (the parties having resolved the substance of their differences). This action was filed on August 9, 2004. My predecessor counsel procured an affidavit from Mr. Kellenback for submission *in this action* in which Mr. Kellenback, under date of August 27, 2004 and under the case heading of this action (less the docket number, which was perhaps unknown at the time the affidavit was sent to Australia), reaffirmed his prior renunciation of any interest in his mother's estate and, hence, in the shares in the cooperative corporation which are the subject-matter of the interpleader. I enclose the original of his affidavit herewith.

Unfortunately, I did not directly file this affidavit in the present action. I did not have the original (which was in the possession of predecessor counsel, who had procured it). In looking at the photocopy which I did have, I evidently concluded that it was a document previously filed in the Superior Court action; and when I attached a copy of it to my affidavit in support of my motion for summary judgment (as Exhibit "E"), I erroneously so described it. In actuality, however, it is and always was an affidavit

email: joel@eigerman.com

intended for filing in the present interpleader action, precisely in order to overcome the lack of service on Mr. Kellenback.

      I believe the affidavit adequately demonstrates Mr. Kellenback's submission to the jurisdiction of this Court, and that the impediment to allowance of both motions is now removed. In the event that Your Honor is not so persuaded, however, I solicit instruction as to what would be considered sufficient.

      Thank you for your attention and consideration.

      Very truly yours,

      Joel Z. Eigerman

cc:    Wayne Dennison, Esq.

UNITED SATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONGVIEW CORPORATION,<br>    Plaintiff-in-Interpleader and<br>Stakeholder,<br>v.<br>TULLIO PONZI, TAMARA BAKER,<br>ARTHUR KELLENBACK and ALAN<br>LeBOVIDGE, as Commissioner of<br>Revenue, COMMONWEALTH OF<br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE SERVICES,<br>    Defendants-in-Interpleader and<br>Claimants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF ARTHUR KELLENBACH

I, Arthur Kellenbach of 15 Awatea Road, St. Ives Chase, Sydney, New South Wales, 2075, Australia under oath and upon personal knowledge, observation and belief do hereby depose and state the following:

1. I am the son of Anna Nuissl, who died intestate in Switzerland on September 7, 1999.

2. By operation of Swiss law, I was to be a beneficiary of Ms. Nuissl's estate in Switzerland. However, I renounced and waived my interest in her property including her shareholder interest in Longview Corporation and understood that Mr. Tullio Ponzi would be her sole heir.

3. I am aware of no other person who has an interest in Ms. Nuissl's estate, or her shares in the Longview Corporation.

Signed and sworn under the penalties of perjury this 21th day of AUGUST, 2004.

Sworn Before Me:

*TREVOR JOHN FOWLER*
Solicitor/Public Notary
5/680 Pacific Highway
Killara NSW 2071

_____
Arthur Kellenbach