Law Office of
# Joel Z. Eigerman
50 Congress Street, Suite 200
Boston, Massachusetts 02109

Joel Z. Eigerman, Esq.
Tel (617) 367-0014
Fax (617) 523-5612

October 26, 2005

Honorable Nancy Gertner
United States District Court for
the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   *Longview Corporation v. Tullio Ponzi, et alii*, Civ. A. No. 04-11738-NG.

Dear Judge Gertner:

    Your Honor will recall that you entered an order dated September 24, 2005, in the above case, inviting counsel to file oppositions, if any, to the two pending motions, that of the plaintiff to be discharged and that of the defendant, Tullio Ponzi, for summary judgment, by October 7. Neither side filed any response within that time. In what I can only think is an excess of diligence and solicitude for perhaps negligent counsel, your clerk has telephoned both parties to inquire whether there was any intent to file anything. The answer, simply, is no. I, in behalf of Mr. Ponzi, have no objection to the allowance of the plaintiff's motion to be discharged (except insofar as it might result in a fee award against Mr. Ponzi, which Mr. Dennison has waived in behalf of his client). It is my understanding that Mr. Dennison, in behalf of the plaintiff corporation, has no intention to file any opposition to my motion for summary judgment. I have reconfirmed my understanding with Mr. Dennison today, and he tells me that he, too, will be writing the Court to that effect. Put simply, both parties would like to end this case with a quiet whimper.

    Thank you again for your attention to this matter.

Very truly yours,

Joel Z. Eigerman

cc:   Wayne Dennison, Esq.
      Mr. Tullio E. Ponzi

email: joel@eigerman.com