UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civ. A. No. 1:04-cv-1738-NG

LONG VIEW CORPORATION,

Plaintiff-in-Interpleader and Stakeholder,

v.

TULLIO E. PONZI, TAMARA BAKER,
and ARTHUR KELLENBACK

Defendants-in-Interpleader and Claimants.

ORDER FOR JUDGMENT

This cause came on to be heard on the Motion of the Plaintiff-in-Interpleader for

Discharge and the Motion of the Defendant-in-Interpleader, Tullio E. Ponzi, for

Summary Judgment. No opposition having been presented to either motion, both

motions are granted, and judgment shall enter as follows:

1.  The Court hereby declares that Tullio E. Ponzi is the rightful owner of the

sixty-nine shares in the plaintiff Longview Corporation previously owned by his late

mother, Anna Nuissl, and corresponding to the occupancy of Apartment 502-B at 983-

986 Memorial Drive, Cambridge; and the Court orders that the plaintiff Longview

Corporation forthwith transfer the said shares on its books to his name and issue to him a

new stock certificate in his name.

2.  Upon its performance of the acts recited in the previous paragraph, the plaintiff

Longview Corporation, is hereby dismissed from this action and is discharged from all

liability in the matter of the ownership of the said stock, and that none of the defendants

1

in this action may institute or pursue any action against Longview for recovery of the said

stock except insofar as the same may be necessary to enforce this order.

3. No costs shall be awarded to either party.


By the Court,


_____

Gertner, D.J.


November    , 2005.