UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
LONGVIEW CORPORATION,             )
    Plaintiff-in-Interpleader    )
    and Stakeholder,              )
                                  )    Civil Action No.
v.                                )    04-11738-NG
                                  )
TULLIO PONZI, TAMARA BAKER, and   )
ARTHUR KELLENBACK,                )
    Defendants-in-Interpleader    )
    and Claimants.                )
_____)
```
GERTNER, D.J.:

### JUDGMENT
December 5, 2005

This cause came on to be heard on the Motion of the Plaintiff-in-Interpleader for Discharge and the Motion of the Defendant-in-Interpleader, Tullio E. Ponzi, for Summary Judgment. No opposition having been presented to either motion, both motions were granted electronically on November 8, 2005, and **JUDGMENT** hereby enters as follows:

1. The Court hereby declares that Tullio Ponzi is the rightful owner of the sixty-nine shares in Longview Corporation previously owned by his late mother, Anna Nuissl. Ponzi shall fully comply with all transfer restrictions and other requirements provided under the By-Laws of Longview Corporation and the Proprietary Lease executed by Anna Nuissl.

2. Longview Corporation shall recognize that Tullio Ponzi, as heir to Anna Nuissl, is the rightful owner and

      appropriate transferee of Nuissl's interest in Longview Corporation.  Longview Corporation is otherwise hereby discharged from all other liability to claimants and dismissed from this action; claimants shall not institute or pursue any action against Longview with respect to the ownership of Nuissl's stock.

3. No costs shall be awarded to either party.

**SO ORDERED.**

**Dated: December 5, 2005**                    **s/ NANCY GERTNER, U.S.D.J.**