Law Office of
# Joel Z. Eigerman
50 Congress Street, Suite 200
Boston, Massachusetts 02109

Joel Z. Eigerman, Esq.
Tel (617) 367-0014
Fax (617) 523-5612

December 7, 2005

Honorable Nancy Gertner
United States District Court for
the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re:    *Longview Corporation v. Tullio Ponzi, et alii*, Civ. A. No. 04-11738-NG.

Dear Judge Gertner:

    I wrote to you on December 2, 2005, enclosing a form of order agreeable to both sides. On Monday, December 5, 2005, you entered an order which was a modification of my prior proposal based upon Mr. Dennison's objections in behalf of the plaintiff. I do not know whether this was an exercise of your considered discretion, in which case this letter is superfluous, or whether you simply had not received the agreed-upon draft when you wrote your own order. If the latter is the case, both parties would prefer the draft I enclosed in my December 2 letter (of which I enclose a copy), and, all things being equal, would prefer that the current order be amended (subject, obviously, to the Court's final say on the matter).

    Thank you for your continued indulgence. Whichever way Your Honor decides to proceed, I trust we will be kept informed.

Very truly yours,

Joel Z. Eigerman

cc:    Wayne Dennison, Esq.

email: joel@eigerman.com