UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civ. A. No. 1:04-cv-1738-NG

LONG VIEW CORPORATION,

Plaintiff-in-Interpleader and Stakeholder,

v.

TULLIO E. PONZI, TAMARA BAKER,
and ARTHUR KELLENBACK

Defendants-in-Interpleader and Claimants.

## ORDER FOR JUDGMENT

This cause came on to be heard on the Motion of the Plaintiff-in-Interpleader for

Discharge and the Motion of the Defendant-in-Interpleader, Tullio E. Ponzi, for

Summary Judgment. No opposition having been presented to either motion, both

motions are granted, and judgment shall enter as follows:

1. The Court hereby declares that Tullio E. Ponzi is the rightful owner of the

sixty-nine shares in the plaintiff Longview Corporation previously owned by his late

mother, Anna Nuissl, and corresponding to the occupancy of Apartment 502-B at 983-

986 Memorial Drive, Cambridge; and the Court orders that upon his payment of the

customary transfer fee, the plaintiff Longview Corporation transfer the said shares on its

books to his name and issue to him a new stock certificate in his name.

2. The plaintiff Longview Corporation is hereby dismissed from this action and is

discharged from all liability in the matter of the ownership of the said stock with the

exception of its obligation to comply with this Order, and none of the defendants in this

1

action may institute or pursue any action against Longview for recovery of the said stock except insofar as the same may be necessary to enforce this order.

    3. No costs shall be awarded to either party.

By the Court,

Gertner, D.J.    12/27/05