UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONGVIEW CORPORATION,<br><br>    Plaintiff-in-Interpleader and Stakeholder,<br><br>v.<br><br>TULLIO PONZI, TAMARA BAKER, and ARTHUR KELLENBACK<br><br>    Defendants-in-Interpleader and Claimants. | Civil Action No. 04-11738-NG |

## JOINT MOTION TO SUBSTITUTE JUDGMENT

Plaintiff Longview Corporation ("Longview") and Defendant Tullio Ponzi ("Ponzi") hereby jointly requested that the proposed Revised Order for Judgment attached hereto as Exhibit A be substituted for the Order for Judgment entered by this Court on December 27, 2005. In support of this request, the parties state as follows:

1. Following Ponzi's submission of a proposed Order to this Court on Longview's motion to dismiss and Ponzi's motion for summary judgment, Longview filed a formal objection.

2. Upon receipt of that objection, Ponzi's counsel contacted Longview's counsel in an effort to come to an agreement with respect to the language of a proposed Order that clearly delineated the rights and obligations of the parties going forward.

3. The parties thereafter reached agreement on a proposed Order.

4.      The Order for Judgment entered on December 27, 2005 reflects the language of Ponzi's initial proposal to Longview with respect to an agreed Order, but does not reflect Longview's revisions and was never agreed to by Longview.

5.      The attached Revised Order of Judgment reflects the final agreement of the parties with respect to the proposed language of this Court's Order, and, in the parties' view, provides the clearest, least ambiguous description of the parties rights and obligations.

WHEREFORE, the undersigned parties jointly and respectfully request that the proposed Revised Order for Judgment attached hereto as Exhibit A be substituted for the Order for Judgment entered by this Court on December 27, 2005.

| TULLIO E. PONZI, | LONGVIEW CORPORATION, |
| By his attorney, | By its attorneys, |
| /s/ Joel Z. Eigerman | /s/ Wayne F. Dennison |
| Joel Z. Eigerman (BBO #152000) | Wayne F. Dennison (BBO #558879) |
| 50 Congress Street, Suite 200 | BROWN RUDNICK BERLACK ISREALS LLP |
| Boston, MA 02109 | One Financial Center |
| Tel: (617) 367-0014 | Boston, MA 02111 |
|  | Tel. (617) 856-8247 |

Dated: January 4, 2006