UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civ. A. No. 1:04-cv-1738-NG

LONG VIEW CORPORATION,

Plaintiff-in-Interpleader and Stakeholder,

v.

TULLIO E. PONZI, TAMARA BAKER,
and ARTHUR KELLENBACK

Defendants-in-Interpleader and Claimants.

REVISED ORDER FOR JUDGMENT

This cause came on to be heard on the Motion of the Plaintiff-in-Interpleader for Discharge and the Motion of the Defendant-in-Interpleader, Tullio E. Ponzi, for Summary Judgment. No opposition having been presented to either motion, both motions are granted, and judgment shall enter as follows:

1. The Court hereby declares that Tullio E. Ponzi is the rightful owner of the sixty-nine shares in the plaintiff Longview Corporation previously owned by his late mother, Anna Nuissl, and corresponding to the occupancy of Apartment 502-B at 983-986 Memorial Drive, Cambridge; and the Court orders that upon his payment to Longview Corporation of a transfer fee in the amount of 1.5% of the value of Apartment (as determined by licensed Massachusetts appraisers in accordance with the valuation provision of the proprietary lease), the plaintiff Longview Corporation transfer the said shares on its books to his name and issue to him a new stock certificate in his name.

2. The plaintiff Longview Corporation is hereby dismissed from this action and is

1

discharged from all liability in the matter of the ownership of the said stock with the exception of its obligation to comply with this Order, and none of the defendants in this action may institute or pursue any action against Longview for recovery of the said stock except insofar as the same may be necessary to enforce this order.

    3. No costs shall be awarded to either party.

By the Court,

*[signature]*
Gertner, D.J.

January 4
~~November~~, 2005 6